Joseph Wayne Hunter
        Plaintiff

V.

Douglas Schormeyer et al

NO. 3:18-CV-1589-D-BH

**Plaintiffs Second Motion To Leave but First Request to Add Defendants Amended Complaint**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, Joseph Wayne Hunter Plaintiff and files Plaintiff's motion to Add Defendants with Permission to Leave Amending Complaint and Petition, Complaining of Defendants Judge Jennifer Bennett Conspiring with Defendant Douglas Hugh Schormeyer and Defendant Douglas Hugh Schormeyer Conspiring with the Judge Jennifer Bennett which is Judicial Corruption. Faith Johnson District attorney of Dallas County and Grace E. Shin Assistant District Attorney who also conspired with the Judge of 265th District Court of Dallas County against Plaintiff Joseph Wayne Hunter, and would show unto the Court as follows:

### I. Selection of Discovery Level

1. This suit is governed by General Provisions Governing Discovery Rule 26 of the Federal Rules of Civil Procedure. All Defendants are being sued in their Individual Capacities.

### II. Parties To Be Added

2. Jennifer Bennett, Judge of the 265th Judicial District Court who resides at the Frank Crowley Courts Building 133 N. Riverfront Court 265th 133 N. Riverfront Dallas, Texas 75207-4300. Defendant is in the process of being served.

3. Faith Johnson, Dallas County District Attorney who currently resides at Frank Crowley Courts Building 133 N. Riverfront Blvd LB 19 Dallas, Texas 75207-4399.

4. Grace E. Shin, Assistant District Attorney Frank Crowley Courts Building 133 N. Riverfront Blvd LB 19 Dallas, Texas 75207-4399

### III. Jurisdiction & Venue

5. The court has continuing Jurisdiction over Defendants are Texas Residents, and citizens of the United States of America. The court court has Jurisdiction over the Subject matter, because the damages are within constitutional and statutory Jurisdictional limits of the Court, and under §1367(a)(1)(2).

### IV Facts

6. Judge Jennifer Bennett and Douglas Hugh Schopmeyer had joint Participation in a conspiracy act involving fraud knowingly and willingly with the Intent, and malice to cause a constitutional wrongdoing the conspiracy agreement, or concerted action between the Private Party and the Judge. On March 1, 2017 In the court of Criminal Appeals of Texas, No. WR-83,490-05 Ex Parte Joseph Wayne Hunter, Applicant, on Application for A WRIT of Habeas Corpus Cause No. W13-56295-R(D) In the 265th District Court From Dallas County.

7. The Court of Criminal Appeals ordered the trial court Judge to order trial counsel to respond to Applicants claim of ineffective assistance of counsel, on the grounds for relief, for failing to Introduce the call notes from the 911 call from the night of the incident, failed to call witnesses on my behalf, and failed to adequately cross-examine state witnesses. See Docket Text Docket 8 First Amended Complaint Exhibit 4 Page 2 of 3, the court order from the Court of Criminal Appeals. On January 17, 2017 Writ Response Defendant Douglas Schopmeyer refused to answer to the allegations of Writ D.

8. In the Writ Response Exhibit 3 1of 3 of First Amended Complaint DKT 8,9 the very first Paragraph, I will raise, address the issues raised in Writ (B) and (C) because it is the only section that I am referenced within. The trial Judge Jennifer Bennett and Douglas Schopmeyer conspired,

2

2. The Judge allowed Defendant Doug Schopmeyer to disobey a direct order from the Court of Criminal Appeals, Judicial corruption and conspiracy of both defendants. Also there is the document with the fraudulent statement Writ Response Page 1 of 3 July 27, 2016 / writ number W13-56295-R(D) - states no accusation of wrong against Doug Schopmeyer. See Doc 8,9 First Amend Exhibit 3 Page 1 of 3. This is a fraudulent document allowed by the judge because the Court of Criminal Appeals ordered the Court of Trial to have Trial Counsel answer to the allegations of Ineffective Assistance of Writ D. for failing to introduce the callnotes from the 911 call from the night of the incident, failed to call witnesses on his behalf and failed to adequately cross examine witnesses. See Order Re 8 First Amended Complaint Exhibit 4 Page 2 of 3. Court Order from the Court of Criminal appeals.(3) It is clear that the Trial Court Judge and Trial Counsel shared the same common goal which was to conspire against me by falsifying documents to defraud the court of Criminals to believe that the allegation or allegations were answered in Writ D, by answering to writ B(1) which haven't the same allegations as writ D. Presenting this notarized document of falsified statements allowed by the Judge who was bribed in some form of corruption to allow these documents to pass through her court to the higher Court of Appeals so that relief wouldn't be granted for the plaintiff. The conduct pursuant to the conspiracy, agreement or concerted action violated the Plaintiffs federally Protected rights of the Due Process of the 5th and deprivation of access to the Courts, Deprivation of The 14th (Fourteenth Amendment right no state shall deprive any person of life, liberty, or property without the due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

3

10. The involvement of a state official in such a conspiracy plainly provides the state action essential to show a direct violation of Petitioner's Fourteenth Amendment equal protection rights, whether or not the actions of the were officially authorized or lawful. Monroe v. Pape, 365 US 167, 5 L Ed 2d 492, 81 S ct 473 (1961); see United States v. Classic, 313 US 299, 326, 85 L Ed 1495, 1505-1507, 65 S ct 1031, 162 ALR 1330 (1945) Williams v. United States, 341 US 97, 99-100, 95 L Ed 777, 778 (1951).

11. Douglas Shoemeyer moreover is a private party involved in such a conspiracy, even though not an official of the state, can be liable under § 1983.

"Private persons, jointly engaged with state officials in the prohibited action, are acting 'under color' of law for purposes of the statue. To act 'under color' of law does not require that the accused be an officer of the state. It is enough that he is a willful participant in joint activity with the state or its Agents". United States v. Price, 383 US 787, 794, 16 L Ed 2d 267, 272, 86 S ct 1152 (1966)

12. It is evident that Defendant Trial Counsel Douglas Shoemeyer received a copy of the court order from the Trial court judge, from the court of Criminal Appeals, Texas See Exhibit 4 Pages 3 of 3 of Plaintiff's First Amended Complaint Doc 8, 9. But the Judge allowed allowed the Trial Counsel to answer to the Writ Response under false Pretenses, and to submit a fraudulent Document, as a legal binding contract, Sworn under oath to the state of Texas by the State of Texas Notary of Public, Ruth Martinez on January 17th, 2017 See Exhibit 4 Page 3 of 3 Plaintiff First Amended Complaint. The Trial court Judge was to make sure the Due Process of the 14th amendment, be upheld and exercised in the Proceeding

13. It is clear that the Judge was bribed into letting this illegal act of conspiracy to corrupt the court.

3. It is clear with convincing evidence that the Private Party and the State violated statue protecting civil rights, 18 USC §242 The Defendants acted "willfully" that is, with "a specific intent to deprive a person of a federal right made definite by decision or other rule of law. See Screws v. United States. 325 US 91, 103, 89 L Ed 1495, 1504, 65 Sct 1031, 162 ALR 1330 (1945) It is clear that Douglas Schoemaker and Judge Jennifer Bennett are guilty of conspiracy under Section 241 of 18 USC which clearly deals with conspiracies that interfere with the exercise of the Fourteenth Amendment rights, which arise from the relation of an individual and the State. There is no doubt that §1983 Protects Fourteenth Amendment rights. See Monroe v. Pape, Supra at 170-171, 5 L Ed 2d at 496; id at 205-206, 5 L Ed 2d at 515

14. *Conspiracy Defendant's Douglas Schoemaker and Trial Judge Jennifer Bennett are also guilty of Conspiracy §17; Constitutional laws §314 Trial Judge is guilty of Conspiracy and Judicial corruption.

15. OTHER Pertinent Facts Involving the District Attorneys office in relation to conspire against the Plaintiff, with the evidence presented; The District Attorneys office Attorneys Faith Johnson and assistant Grace E. Shin have deliberately denying Writs filed by the Plaintiff. Writ G, H, I, J, V, K, are classified as cases Procedural Barred and show that there no const violations, when there were, the Jurisdiction of the Judge and her court are question at this time.

16. The Plaintiff knows that corruption involves more than the Judge Bennett, but also the District Attorneys office involvement long before, Faith Johnson was appointed, there was also the incompetent District Attorney Susan Hawkins who was removed from office. Writ D was filed while Susan Hawkins was District Attorney and the Presiding Judge has been Judge Jennifer Bennett see exhibit A Page 7of 7 of 1st Amended complaint. It is no doubt that the Judge of the court and the —

District Attorneys have been conspiring on the Plaintiff. The District Attorneys is a officer of the state, but are corrupt just like the court and have been denying with malice, and intent, knowingly and willingly knowing that the Judge with her corrupt tactics which violate the Due Process of the fourteenth would agree to deny each claim Plaintiff was entitled. Plaintiff has showed that the Judge has conspired against him, and he is a good character witness, and anything filed in her court concerning Plaintiff would not be in his favor. In Writ E issues raised two grounds (1) that false evidence was entered through the State witnesses and (2) that there is no evidence he committed this offense. For the truth of the matter "No" Evidence violates Due Process. "No evidence to support a conviction is a a claim that is cognizable on Writ of Habeas Corpus, Ex Parte Perales, 215 S.W. 3d 418, 419 (Tex. Cr. App. 2007) Where there has been no evidence upon which to base a conviction a Process has occurred and the conviction may be attacked collaterally in a habeas Corpus Proceeding." Ex Parte Coleman 599 S.W. 2d at 307, but the State Attorney of the district denied due to the miscarriage of Justice. This has been an ongoing Prejudice against the Plaintiff when he files his writs. Another example of the Attorneys for the state, have upheld Justice and violated Plaintiff 14teenth amendment right was in Writ No. W13-56295-R(U). Plaintiff filed a innocent claim based on no evidence and no witnesses. Based on a schulp type claim State Response Writ NO. W13-56295-R(U) The Assistant District Attorney has Procedural Barred my claim and their was constitutional harm of Fourteenth Amendment, Due Process Violation, because their was no evidence or witnesses to prove that Mr. Hunter Shot the victim. See Plaintiff First Amended Complaint Pages 6 and 7. See Ex parte Perales, 215 S.W. 3d 418, 419 (Tx. Cr. App. 2007) <u>Faith Johnson has violated her Duties</u> of Art. 2.01 Duties of District Attorneys The District Attorney and Assistant District Attorney are Part of the Conspiracy Plot and Judicial Corruption along with the Trial Court Judge Jennifer Bennett, now only has the District Attorney conspired she allowed her assistant corrupt the District Attorney

6

Office by violating the Constitutional Right of the Due Process of Law under the 14 teenth Amendment. Art 2.01 states the following:
18. Each district attorney shall represent the state in a criminal case in the district courts of his or her district and and in appeals therefrom, except in cases where he/she has been, before his/her election employed adversley. When any criminal proceeding is heard before an examine court in his district or before an examine court in his district or before a Judge upon habeas corpus, and he is notified of the same, and is at the time within his district, he shall the state therein, unless prevented by other official duties. It shall be the primary duty of all prosecution attorneys, including and special prosecutors, not to convict, but to see that Justice is done. They shall not suppress facts or secrete witnesses capable of establishing the innoscence of the accused.

19. Faith Johnson Failed in her duties, Neglect of Duties
V.T.C.A        Article 2.03
(a) It shall be the duty of the attorney representing the state to present by information to the court having jurisdiction, any officer for neglect or failure of any duty enjoined upon such officer. When such neglect or failure of any duty enjoined upon such officer, when such neglect or failure can be presented by information, whenever it shall come to the knowledge of said attorney that there has been a neglect or failure of duty upon the part of said officer, and he shall bring the notice of the grand Jury any act of violation of law or neglect or failure of duty upon the part of any officer. When such violation neglect or failure is not presented by information and whenever the same may come to his/her knowledge.
(b) It is the duty of the trial court the attorney representing the accused, the attorney representing the state and all peace officers to conduct themselves as to insure a fair trial for both the state and the defendant, not impair the presumptions

7

of presumption of innocense.

District Attorney Faith Johnson and Assistant Grace E. Shin Involvement of a state officials in such a conspiracy Plainly Provides the state action essential to show a direct violation of Petitioners Fourteenth Amendment equal Protection rights, whether or not the actions of the state were officially authorized or lawful Monroe V. Pape, 365 U.S 167. 5 L Ed 1495, 1505-1507, 65 S Ct 1031, 162 ALR 1336/1445)

V. ALL DEFENDANTS HAVE DENIED Plaintiff Hunter ACESS TO THE COURTS

20. Due to the Conspiracy act that violated the Plaintiffs 14teenth amendment was also denial of Access to Courts violates a recognized constitutional right, and conceiveably could be the basis of a suit Pursuant to this Section, and this action which an individual from communications with the Court could constitute denial of Acess to Court, Henriksen V. Bentley, C.A. 10 (WYO) 1981 644 F.2d 852.

VI. Damages

21. As a Proximate result of the Defendants negligence, Plaintiff suffered Personal Injury. Plaintiff suffered the following damages

   a. Due Process Violation of depriving the 5th and 14th amendments to adequately be Protected by the constitution and laws.
   b. Relief from the truthful allegations in Writ D
   c. Relief from Prison was not granted.
   d. Procedural Barred claims in future
   e. Emotional Distress.

22. Plaintiffs injuries resulted from Defendants, when the Defendant conspired resulting in conspiracy and Judicial Corruption Section 241 of 18 U.S.C Which clearly deals with conspiracies that interfere with the exercise of the Fourteenth Amendments rights which arise from the relation of an individual and the State. There is no doubt §1983 Protects Fourteenth Amendment rights. See Monroe V. Pape, Supra, at 170-171 5 L Ed 2d at 496; id at 205-206, 5 LEd2d at 515

### VII. Prayer

3. Wherefore, Premises Considered Plaintiff, Joseph Wayne Hunter respectfully request Defendants, Judge Jennifer Bennett, Faith Johnson, and Grace E Shin be cited to appear and answer and on final trial, that Plaintiff have Judgement against Defendants for:

    A. actual damages of Personel Injury

    B. Cost of Suit

    C. For the truth of the matter asserted to be recorded as constitutional Error

    D. Monetary Relief $10,000,000 but no less than $5,000,000

    E. And any other relief, either in law, equity to which Plaintiff is Justly entitled.

### Inmates Declaration

I, Joseph Wayne Hunter, am the Petitioner and being Presently incarcerated in Price Daniel Unit TDCJ, declare under Penalty of Perjury that, according to my belief, the facts stated in the above Motion to Leave Amend /Complaint to Add Defendants in the above Petition are true and correct.

Signed on July 18, 2018

_Joseph Wayne Hunter_
Signature of Petitioner

### Certificate of Service

I certify that a true copy of this Motion to leave to Amend /Complaint / to Add defendants was Served on All Defendants, Judge Jennifer Bennet of the 265th Judicial District Court Frank Crowleys Court 133 N. Riverfront Dallas, TX 75207 and to the District Attorneys office Frank Crowley Court Building LB19 133 N. Riverfront Dallas, Texas 75207

9

Joseph Wayne Hunter
1951619
Price Daniel Unit
938 South FM 1673
Snyder, Texas 79549

RECEIVED
JUL 24 2018
MAILROOM
Legal

ABILENE TX 795
20 JUL 2018 PM 2 L

U.S. District Court
Office of the Clerk
1100 Commerce St. Rm 1452
Dallas, TX 75242