**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| JOSEPH W. HUNTER, TDCJ #1981619, ) <br> (prior Dallas County # 13034945), ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> DOUGLAS HUGH SCHOPMEYER, ) <br> et al., ) <br> Defendants. ) | No. 3:18-CV-1589-D |

## ORDER

After reviewing all relevant matters of record in this case, including the January 31, 2020 findings, conclusions, and recommendation of the United States Magistrate Judge [ECF 20], and the May 17, 2019 supplemental findings, conclusions, and recommendation of the United States Magistrate Judge [ECF 17], in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions and the supplemental findings and conclusions of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the court.

Accordingly, plaintiff's May 7, 2019 motion for leave to amend to add defendants to conform to pleading to evidence, and motion for injunction order [ECF 16], and his June 11, 2019 motion for leave to attempt to cure pleading deficiencies, by amending and adding defendants to conform to pleading to evidence, and objecting to the magistrate FCR [ECF 18] are denied.

By separate judgment, this action is dismissed with prejudice under 28 U.S.C. § 1915(e) and § 1915A.

**SO ORDERED**.

February 25, 2020.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE