**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **JOSEPH W. HUNTER, TDCJ #1981619,** | ) | |
| **(prior Dallas County # 13034945),** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **No. 3:18-CV-1589-D** |
| | ) | |
| **DOUGLAS HUGH SCHOPMEYER,** | ) | |
| **et al.,** | ) | |
| **Defendants.** | ) | |

## ORDER

After reviewing all relevant matters of record in this case, including the March 27, 2020 findings, conclusions, and recommendation of the United States Magistrate Judge, and plaintiff's objections thereto filed on April 14, 2020, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are adopted as the findings and conclusions of the court.

Accordingly, plaintiff's motion for leave to file 59(e) and motion for reconsideration, filed March 17, 2020, is denied.

**SO ORDERED**.

April 21, 2020.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE